UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

CELTIC CAPITAL 22889 CORPORATION,
                              Plaintiff,

07 Civ. 7804 (CM)

- against -

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

NICON AIRWAYS and ETHIOPIAN AIRLINES,
                              Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

Upon the declarations of Fabian Bachrach and Sam P. Israel, together with the accompanying Memorandum of Law, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room 21-A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on September 13, at 10 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining defendant Ethiopian Airlines during the pendency of this action from:

> operating the plaintiff's aircraft that is the subject of this suit (the "**Aircraft**"), conducting any maintenance either by themselves or through any third party other than what is required for parking and storage of the Aircraft; turning the Aircraft over to defendant Nicon Airways; working on the Aircraft; or otherwise disposing of, mortgaging, assigning, charging, or dealing with the Aircraft or any documentation relating thereto, and; ordering defendant Ethiopian Airways to release the Aircraft to the Plaintiff.

✓ Security in the amount of $ _50,000_ will be posted by September 6, 2007 at 2pm

: and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendants ~~or their counsel~~ * on or before _5_ o'clock in the ~~noon~~ _afternoon_, _September 6, 2007_

✓ ~~————~~ . shall be deemed good and sufficient service thereof.

ORDERED that response papers shall be filed by defendants, with courtesy copy ~~to~~ the chambers by 12:00 noon on September 11, 2007, and reply papers shall be served and filed by 3pm on September 12, 2007

DATED: New York, New York
ISSUED: _4:40_ P M

_[signature]_
United States District Judge

\* Unless the summons and complaint have been served on defendants and counsel have appeared, same MUST be made on the defendants

†† Courtesy copies must be delivered by hand to chambers by the date and time indicated