AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

## APPEARANCE

Case Number: 07 CIV. 7804

CELTIC CAPITAL 22889 CORPORATION
                    vs.
NICON AIRWAYS and ETHIOPIAN AIRLINES

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

     ETHIOPIAN AIRLINES ENTERPRISE
     277 S. Washington Street, Suite 120
     Alexandria, VA 22314

     I certify that I am admitted to practice in this court.

| | |
|---|---|
| _SEPTEMBER 10, 2007_ | _Michael Atadika_ |
| Date | Signature |
| | MICHAEL R. ATADIKA    1811 |
| | Print Name                  Bar Number |
| | ATADIKA & ATADIKA, ESQS. |
| | 60 EAST 42ND STREET, SUITE 1436 |
| | Address |
| | NEW YORK          NY          10165 |
| | City          State          Zip Code |
| | (212) 983-1320          (212) 983-9167 |
| | Phone Number          Fax Number |