```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07
```

Celtic Capital 22889 Corporation,

        Plaintiff(s),                        07 Civ 7804 (CM) (MHD)

      -against-

Nicon Airways and Ethiopian Airlines,        CALENDAR NOTICE

        Defendant(s).
-----------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Wednesday, October 10, 2007 at 10:00 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: September 11, 2007
       New York, New York

                                          So Ordered

                                          *[signature]*
                                      Colleen McMahon, U.S.D.J