UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

07 Civ. 7804 (CM)

CELTIC CAPITAL 22889 CORPORATION,
                    Plaintiff,

                    ORDER

- against

NICON AIRWAYS and ETHIOPIAN AIRLINES,

                    Defendants.
------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07
```

    WHEREAS, the Court issued an order to show cause on September 4, 2007 which required that the Plaintiff Celtic Capital 22889 Corporation ("Plaintiff" or "Celtic") deposit security in the amount of $50,000;

    WHEREAS, on September 6, 2007 Celtic wire transferred the sum of $50,000.00 to the U.S. Treasury in accordance with the Court's Order;

    WHEREAS, 28 U.S.C. §§2041, 2042 and Fed. R. Civ. P. 67 permit deposits with the Court and withdrawals of such funds as may be so-ordered by the Court;

    WHEREAS, on October 10, 2007, the Court dismissed this action and ordered that the case be closed;

    NOW THEREFORE, IT IS HEREBY

    ORDERED, that the Clerk of the Court issue a check in the amount of $50,000.00 to Celtic Capital 22889 Corporation as a refund of its deposit.

DATED: New York, New York

                                                *[signature]*
                                                United States District Judge